

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00459-CV

**FIBERLIGHT, LLC**,
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08880
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

On July 17, 2014, this court ordered appellant to provide written proof to this court no later than July 28, 2014 that either (1) the clerk's and reporter's fees have been paid or arrangements have been made to pay the clerk's and reporter's fees; or (2) appellant is entitled to appeal without paying the fees. On July 18, 2014, appellant provided written proof that the clerk's fee was paid on July 18, 2014, and the reporter's record had been designated and arrangements to pay the reporter's fee were made on July 18, 2014. The clerk's record was filed on July 21, 2014.

Ms. Cindy Hyatt is the reporter responsible for preparing, certifying, and timely filing the reporter's record in this accelerated appeal. Ms. Hyatt is hereby ORDERED to file the reporter's record in this appeal <u>no later than August 11, 2014</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court